AO-91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
APR 2 1 2021
**Nathan Ochsner, Clerk**

United States of America )
v. )
Mariahm Roxel MANCILLAS, COB: USA YOB: 1999 ) Case No. M-21-857-M
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 21, 2021 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possess with the Intent to Distribute approximately 4.60 kilograms of cocaine a schedule II controlled substance |

This criminal complaint is based on these facts:

(See Attachment)

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Laura Garcia

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

/s/ Kevin Buechner
*Complainant's signature*

Kevin Buechner DEA Special Agent
*Printed name and title*

Date: 04/21/2021   10:10 pm

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

1. On April 21, 2021, a Texas State Trooper conducted a traffic stop on a white sedan in Pharr, Texas. The driver of the vehicle was Mariahm MANCILLAS (MANCILLAS). The Texas State Trooper then asked for consent to search the white sedan. MANCILLAS provided consent for the Texas State Trooper to search the white sedan.

2. The Texas State Trooper then conducted a search of the white sedan and found one (1) brick of substance suspected to be illegal narcotics weighing approximately 1.1 kilograms wrapped in black tape. The substance field tested positive for the characteristics of cocaine.

3. MANCILLAS was provided her Miranda Warnings and agreed to speak with Drug Enforcement Agency Special Agents. MANCILLAS stated she knew there was illegal narcotics within the vehicle. She stated she was supposed to deliver the package of narcotics to an unknown individual. MANCILLAS then stated to agents that there are additional kilograms of cocaine at her residence.

4. Agents obtained consent to search the residence in Pharr, Texas and found three (3) bricks of substance suspected to be illegal narcotics weighing approximately 3.5 kilograms wrapped in black and beige tape. The substance field tested positive for the characteristics of cocaine.